IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
DIVISION

| | |
|---|---|
| MICKI ANTONIO WILLIAMS, : | |
| Petitioner, : | |
| v. : | CASE NO. 5:94-cr-79 (WDO) |
| UNITED STATES OF AMERICA, : | |
| Respondent. : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 114) filed December 5, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the Petitioner to the Magistrate Judge's Recommendation (Doc. 117) filed December 31, 2007, has also been read and thoroughly considered and is found to be without merit.

The Court further denies Petitioner's request to consolidate his Motion to Vacate under 28 U.S.C. § 2255 (Doc. 111) and Motion to Reduce Sentence (Doc. 119). The Court will instead consider Petitioner's Motion to Reduce Sentence separately.

**SO ORDERED,** this the 15th day of January, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**

tch